# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                                                                    Case No.: 1:21−cr−00685

                                                                                         Honorable Mary M. Rowland

Vahooman Mirkhaef

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 17, 2022:

      MINUTE entry before the Honorable Mary M. Rowland as to Vahooman Mirkhaef: Based on request of counsel, telephonic status hearing set for 3/18/22 is stricken and reset to 5/19/22 at 8:45am. Parties should be prepared to report on the status of setting a sentencing hearing. The call−in number is 866−434−5269 and the access code is 3751971. Defendant's appearance is waived. Members of the public and media will be able to call in to listen to this hearing. Counsel of record will receive an email the day before the hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.